```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
     :
EMANUEL DELACRUZ, *on behalf of himself and*  :
*all other persons similarly situated*,      :
     :     1:25-cv-1016-GHW
     Plaintiff,      :
    -against-       :     ORDER
     :
WW INTERNATIONAL, INC.,      :
     :
    Defendant.    :
     :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    The Court has received a suggestion of bankruptcy as to Defendant WW International, Inc. Dkt. No. 10. As a result, this case is automatically STAYED. 11 U.S.C. § 362(a); *see S.E.C. v. Brennan*, 230 F.3d 65, 70 (2d Cir. 2000) ("Section 362(a) of Title 11 of the United States Code stays the commencement or continuation of virtually all proceedings against a debtor, including enforcement of judgments, that were or could have been commenced before the debtor filed for bankruptcy.").

    The initial pretrial conference scheduled for June 5, 2025, Dkt. No. 6, is adjourned *sine die*.

    Plaintiff is directed to submit a status letter on the earlier of (i) any event that Plaintiff contends affects the automatic bankruptcy stay, or (ii) October 7, 2025.

    The Clerk of Court is directed to note the stay of this case on the docket.

    SO ORDERED.

Dated: May 7, 2025
New York, New York

                                                    GREGORY H. WOODS
                                                United States District Judge