```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                              :
EMANUEL DELACRUZ, *on behalf of himself and* :
*all other persons similarly situated*,              :
                                              :      1:25-cv-1016-GHW
                                Plaintiff,    :
                    -against-                      :          <u>ORDER</u>
                                                :
WW INTERNATIONAL, INC.,             :
                                              :
                              Defendant.  :
                                                :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        On May 7, 2025, the Court directed Plaintiff to submit a status letter on the earlier of (i) any event that Plaintiff contends affects the automatic bankruptcy stay, or (ii) October 7, 2025. Dkt. No. 11. No such letter has been submitted. Plaintiff is directed to comply with the Court's May 7, 2025 order forthwith, and in any event no later than October 14, 2025.

        SO ORDERED.

Dated: October 8, 2025
New York, New York

                                                              _____
                                                                     GREGORY H. WOODS
                                                               United States District Judge