UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EMANUEL DELACRUZ, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

          Plaintiffs,

v.

WW INTERNATIONAL, INC.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

No.: 1:25-cv-1016

## NOTICE OF SETTLEMENT

To The Honorable Court:

      The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
      October 18, 2025        Respectfully Submitted,

                                **GOTTLIEB & ASSOCIATES PLLC**
                                /s/ Michael A. LaBollita
                                Michael A. LaBollita, Esq.

                                Michael A. LaBollita (ML-9985)
                                Jeffrey M. Gottlieb (JG-7905)
                                Dana L. Gottlieb (DG-6151)
                                GOTTLIEB & ASSOCIATES PLLC
                                150 East 18th Street, Suite PHR
                                New York, New York 10003
                                Tel: 212.228.9795
                                Fax: 212.982.6284
                                Jeffrey@Gottlieb.legal
                                Dana@Gottlieb.legal
                                Michael@Gottlieb.legal
                                *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge